# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXY GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, LLC,<br><br>    Defendant. | Case No. 2:24-cv-02013-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by November 15, 2024.

IT IS SO ORDERED.

Dated: November 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1