1  BRENT T. ELLISON, ESQ.
2  Nevada Bar No.: 12200
   LAW OFFICE OF BRENT ELLISON
3  255 East Bonneville Avenue
4  Las Vegas, Nevada 89101
   Telephone: (702) 852-1800
5  Facsimile: (702) 553-3493
   Email: brent@mynevadalawoffice.com
6  *Attorney for Plaintiff, Alexy Gonzalez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
****

| ALEXY GONZALEZ, an individual, | Case No.: 2:24-cv-02013-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Order for Dismissal with Prejudice** |
| CARDENAS MARKETS LLC, a foreign limited-liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive; | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Alexy Gonzalez, through Plaintiff's attorney of record, Brent T. Ellison, Esq., of the Law Office of Brent Ellison, and Defendant, Cardenas Markets LLC., by and through Defendant's attorney of record, Jonathan C. Patillo, Esq., of Wilson Elser Moskowitz Edelman & Dicker LLP, that the following may be entered by this Court:

1. That all claims and causes of action filed by Plaintiff, Alexy Gonzalez, against Defendant, Cardenas Markets LLC, be dismissed with prejudice;

2. That Plaintiff, Alexy Gonzalez, shall bear Plaintiff's own attorneys' fees and costs;

1

3. That Defendant, Cardenas Markets LLC., shall bear Defendant's own attorneys' fees and costs;

4. That this Stipulation shall be construed as jointly drafted and that each side relies upon its terms; and

5. That all deadline dates and hearings currently scheduled in this matter shall be vacated.

DATED: May 7, 2025

**LAW OFFICE OF BRENT ELLISON**

*/s/* Brent T. Ellison
_____
BRENT T. ELLISON, ESQ.
Nevada Bar No. 12200
LAW OFFICE OF BRENT ELLISON
255 East Bonneville Avenue
Las Vegas, Nevada 89101
Telephone: (702) 852-1800
Facsimile: (702) 553-3493
Email: brent@mynevadalawoffice.com
*Attorney for Plaintiff, Alexy Gonzalez*

DATED: May 7, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/* Jonathan C. Patillo
_____
JONATHAN C. PATILLO, ESQ.
Nevada Bar No.: 13929
MICHAEL P. LOWRY, ESQ.
Nevada Bar No.: 10666
6689 S. Las Vegas Boulevard, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
*Attorneys for Defendant, Cardenas Markets LLC*

**ORDER**

Based on the foregoing stipulations and agreements of the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That all claims and causes of action filed by Plaintiff, Alexy Gonzalez, against Defendant, Cardenas Markets LLC, be dismissed with prejudice;

2. That Plaintiff, Alexy Gonzalez, shall bear Plaintiff's own attorneys' fees and costs;

3. That Defendant, Cardenas Markets LLC, shall bear Defendant's own attorneys' fees and costs;

4. That this Stipulation shall be construed as jointly drafted and that each side relies upon its terms; and

5. That all deadline dates and hearings currently scheduled in this matter shall be vacated.

DATED: May  8 , 2025.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**LAW OFFICE OF BRENT ELLISON**

 */s/* Brent T. Ellison
_____
BRENT T. ELLISON, ESQ.
Nevada Bar No. 12200
255 East Bonneville Avenue
Las Vegas, Nevada 89101
Telephone: (702) 852-1800
Facsimile: (702) 553-3493
*Attorney for Plaintiff, Alexy Gonzalez*